UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SUKHJINDER SINGH,

        Plaintiff,

-against-

CHASE HOME FINANCE, et al.,

        Defendants.
------------------------------------------------------------------x

**NOT FOR PUBLICATION**
**ORDER**
11-CV-3236 (CBA) (VVP)

AMON, Chief United States District Judge:

        This Court has received the Report and Recommendation ("R&R") of the Honorable Viktor V. Pohorelsky, United States Magistrate Judge, read into the record on January 6, 2012, recommending that this action be dismissed without prejudice for failure to prosecute. No objection to the R&R has been filed with the Court. The Court has reviewed the R&R and adopts in full the recommendation contained in it.

        Accordingly, the action is dismissed without prejudice. The Clerk of Court is directed to enter judgment and close the case.

        SO ORDERED.

Dated:      Brooklyn, New York
             January 31, 2012

                                                    /s/
                                        Carol Bagley Amon
                                        Chief United States District Judge